UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH FLORENCE,

    Plaintiff,

v.                                CASE NO.: 8:12-cv–855-T-23EAJ

NOVO NORDISK, INC.,

    Defendant.
_____/

## **ORDER**

On December 12, 2013, United States Magistrate Judge Elizabeth A. Jenkins issued a report and recommendation. More than seventeen days has passed, and neither the plaintiff nor the defendant objects. The report and recommendation (Doc. 78) is **ADOPTED**. Novo's motion (Doc. 70) for taxation of costs is **GRANTED IN PART**, and the clerk is directed to enter a judgment in favor of the defendant and against the plaintiff for $1,986.32 in costs.

ORDERED in Tampa, Florida, on January 8, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE